153 So.2d 883

**Frank J. FERRARA, individually and as administrator of the estate of his minor child, Charles J. Ferrara,**

v.

**ALLSTATE INSURANCE COMPANY et al.**

No. 46803.

June 14, 1963.

In re: Frank J. Ferrara, individually and as administrator of the estate of his minor child, Charles J. Ferrara, applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 152 So.2d 252.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

153 So.2d 884

**Nathaniel SHEPHERD**

v.

**Eleanor T. ROBIN et al.**

No. 46798.

June 14, 1963.

In re: Nathaniel Shepherd applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 152 So.2d 285.

Writ refused. We find no error of law in the judgment complained of.